A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Jan 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2100

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-9)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2009). Since that time, 129 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: _____
Deputy Clerk
Date 1/7/10

# IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 2100

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 09-1092 | Tonya Rogers v. Bayer Corp., et al. | 10-20001 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC 2 09-8762~~ | ~~Sudria Andrews v. Bayer Corp., et al.~~ Opposed 01/04/10 | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 09-3344 | Sandra Perez v. Bayer Corp., et al. | 10-20002 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-5558 | Chalene Gutierrez, et al. v. Bayer Corp., et al. | 10-20003 |
| CAN 3 09-5610 | Kristin Van Cuyck, et al. v. Bayer Corp., et al. | 10-20004 |
| **COLORADO** | | |
| CO 1 09-2763 | Jennifer Johnson v. Bayer Corp., et al. | 10-20005 |
| **INDIANA SOUTHERN** | | |
| INS 1 09-1455 | Kimberley Johnson v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-10006 |
| INS 1 09-1464 | Kimberly Willis v. Bayer Corp., et al. | 10-20007 |
| **LOUISIANA WESTERN** | | |
| LAW 1 09-1953 | Shannin West v. Bayer Corp., et al. | 10-20008 |
| **MINNESOTA** | | |
| MN 0 09-3383 | Fadia As-Saidi v. Bayer Corp., et al. | 10-20009 |
| MN 0 09-3384 | Katheryn Meadows v. Bayer Corp., et al. | 10-20010 |
| MN 0 09-3385 | Linda Barney v. Bayer Corp., et al. | 10-20011 |
| **MISSOURI EASTERN** | | |
| MOE 4 09-1913 | Michelle S. House-Connaghan v. Bayer Corp., et al. | 10-20012 |

**MDL No. 2100 - Schedule CTO-9 Tag-Along Actions (Continued)**

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **NEW YORK SOUTHERN** | | |
| NYS 1 09-9019 | Jacqueline Schmidt v. Bayer Corp., et al. | 10-20013 |
| NYS 1 09-9150 | Vanessa Griggs v. Bayer Corp., et al. | 10-20014 |
| NYS 1 09-9632 | Elizabeth O'Connor v. Bayer Corp., et al. | 10-20015 |
| NYS 1 09-9751 | Sondra Verser, et al. v. Bayer Corp., et al. | 10-20016 |
| NYS 1 09-9752 | Muriel Robinson, et al. v. Bayer Corp., et al. | 10-20017 |
| NYS 1 09-9754 | Lake Bedoya v. Bayer Corp., et al. | 10-20018 |
| NYS 1 09-9756 | Elizabeth Levy v. Bayer Corp., et al. | 10-20019 |
| NYS 1 09-9757 | Robin Terrase, et al. v. Bayer Corp., et al. | 10-20020 |
| NYS 1 09-9758 | Cynthia Hale v. Bayer Corp., et al. | 10-20021 |
| NYS 1 09-9868 | Sara R. Heffernan v. Bayer Corp., et al. | 10-20022 |
| NYS 1 09-9869 | Kristin Mahr, et al. v. Bayer Corp., et al. | 10-20023 |
| NYS 1 09-9871 | Julia Gonzalez v. Bayer Corp., et al. | 10-20024 |
| NYS 1 09-9872 | Daniela L. Delgado, et al. v. Bayer Corp., et al. | 10-20025 |
| NYS 7 09-9990 | Jennifer Pugh, et al. v. Bayer Corp., et al. | 10-20026 |
| **OHIO NORTHERN** | | |
| OHN 1 09-2677 | Deborah Williams, et al. v. Bayer Corp., et al. | 10-20027 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 09-1277 | Susan K. Martin v. Bayer Corp., et al. | 10-20028 |
| OKW 5 09-1324 | Lesley Ann Dunnagan v. Bayer Corp., et al. | 10-20029 |
| **TEXAS NORTHERN** | | |
| TXN 4 09-725 | Camaryn Bolton v. Bayer Corp., et al. | 10-20030 |
| **TEXAS SOUTHERN** | | |
| TXS 4 09-3668 | Maria Muzquiz, et al. v. Bayer Corp., et al. | 10-20031 |
| TXS 4 09-3792 | Susan Prather v. Bayer Corp., et al. | 10-20032 |
| TXS 4 09-3794 | Melissa Marchbanks v. Bayer Corp., et al. | 10-20033 |
| TXS 4 09-3858 | Calle Askew v. Bayer Corp., et al. | 10-20034 |