A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Jan 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 17, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-9)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2009). Since that time, 129 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
Clerk of Court
BY: _____
Deputy Clerk
Date 1/7/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2100

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA MIDDLE**
ALM  2  09-1092          Tonya Rogers v. Bayer Corp., et al.        10-20001

**CALIFORNIA CENTRAL**
~~CAC  2  09-8762~~          ~~Sudria Andrews v. Bayer Corp., et al.~~  Opposed 01/04/10

**CALIFORNIA EASTERN**
CAE  2  09-3344          Sandra Perez v. Bayer Corp., et al.        10-20002

**CALIFORNIA NORTHERN**
CAN  3  09-5558          Chalene Gutierrez, et al. v. Bayer Corp., et al.   10-20003
CAN  3  09-5610          Kristin Van Cuyck, et al. v. Bayer Corp., et al.   10-20004

**COLORADO**
CO  1  09-2763           Jennifer Johnson v. Bayer Corp., et al.    10-20005

**INDIANA SOUTHERN**
INS  1  09-1455          Kimberley Johnson v. Bayer Healthcare Pharmaceuticals, Inc., et al.  10-10006
INS  1  09-1464          Kimberly Willis v. Bayer Corp., et al.     10-20007

**LOUISIANA WESTERN**
LAW 1  09-1953           Shannin West v. Bayer Corp., et al.        10-20008

**MINNESOTA**
MN  0  09-3383           Fadia As-Saidi v. Bayer Corp., et al.      10-20009
MN  0  09-3384           Katheryn Meadows v. Bayer Corp., et al.    10-20010
MN  0  09-3385           Linda Barney v. Bayer Corp., et al.        10-20011

**MISSOURI EASTERN**
MOE 4  09-1913           Michelle S. House-Connaghan v. Bayer Corp., et al.  10-20012

**MDL No. 2100 - Schedule CTO-9 Tag-Along Actions (Continued)**

**DIST. DIV. C.A.#**          **CASE CAPTION**

NEW YORK SOUTHERN
 NYS  1  09-9019    Jacqueline Schmidt v. Bayer Corp., et al.          10-20013
 NYS  1  09-9150    Vanessa Griggs v. Bayer Corp., et al.              10-20014
 NYS  1  09-9632    Elizabeth O'Connor v. Bayer Corp., et al.          10-20015
 NYS  1  09-9751    Sondra Verser, et al. v. Bayer Corp., et al.       10-20016
 NYS  1  09-9752    Muriel Robinson, et al. v. Bayer Corp., et al.     10-20017
 NYS  1  09-9754    Lake Bedoya v. Bayer Corp., et al.                 10-20018
 NYS  1  09-9756    Elizabeth Levy v. Bayer Corp., et al.              10-20019
 NYS  1  09-9757    Robin Terrase, et al. v. Bayer Corp., et al.       10-20020
 NYS  1  09-9758    Cynthia Hale v. Bayer Corp., et al.                10-20021
 NYS  1  09-9868    Sara R. Heffernan v. Bayer Corp., et al.           10-20022
 NYS  1  09-9869    Kristin Mahr, et al. v. Bayer Corp., et al.        10-20023
 NYS  1  09-9871    Julia Gonzalez v. Bayer Corp., et al.              10-20024
 NYS  1  09-9872    Daniela L. Delgado, et al. v. Bayer Corp., et al.  10-20025
 NYS  7  09-9990    Jennifer Pugh, et al. v. Bayer Corp., et al.       10-20026

OHIO NORTHERN
 OHN  1  09-2677    Deborah Williams, et al. v. Bayer Corp., et al.    10-20027

OKLAHOMA WESTERN
 OKW  5  09-1277    Susan K. Martin v. Bayer Corp., et al.             10-20028
 OKW  5  09-1324    Lesley Ann Dunnagan v. Bayer Corp., et al.         10-20029

TEXAS NORTHERN
 TXN  4  09-725     Camaryn Bolton v. Bayer Corp., et al.              10-20030

TEXAS SOUTHERN
 TXS  4  09-3668    Maria Muzquiz, et al. v. Bayer Corp., et al.       10-20031
 TXS  4  09-3792    Susan Prather v. Bayer Corp., et al.               10-20032
 TXS  4  09-3794    Melissa Marchbanks v. Bayer Corp., et al.          10-20033
 TXS  4  09-3858    Calle Askew v. Bayer Corp., et al.                 10-20034